NUMBER
13-10-00261-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

CHRISTOPHER BRAGLIA,                                                          Appellant,

 

                                                             v.

 

KENNETH SHEA
MIDDLETON,                                                    Appellee. 

____________________________________________________________

 

                            On
appeal from the 28th District Court 

                                       of
Nueces County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                        Before
Justices Rodriguez, Benavides, and Vela

Memorandum Opinion
Per Curiam

 








Appellant,
Christopher Braglia, perfected an appeal from a judgment entered by the 28th
District Court of Nueces County, Texas, in cause number 08-5193-A.  Appellant
has filed a motion to dismiss the appeal on grounds that he no longer wishes to
pursue an appeal from an order sustaining the contest to his indigence.  Appellant
requests that this Court dismiss the appeal.

The
Court, having considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion that
the motion should be granted.  See Tex.
R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and
the appeal is hereby DISMISSED.  Costs will be taxed against appellant.  See
Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

PER CURIAM

Delivered and filed the 

29th day of June, 2010.